Oliver C. Tingey, Esq.
Nevada Bar No. 16638
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
oliver@tingeylawfirm.com
eservice@tingeylawfirm.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HORACIO HERNANDEZ-LOPEZ,<br><br>   Plaintiff<br><br>v.<br><br>CONNIE RICHTER PALMER,<br><br>   Defendant | Case No:  2:26-cv-00233-CDS-MDC<br><br>**STIPULATION AND ORDER<br>TO REMAND FOR LACK OF SUBJECT<br>MATTER JURISDICTION**<br><br>[ECF No. 4] |

Plaintiff Horacio Hernandez-Lopez ("Plaintiff") and Defendant Connie Richter Palmer ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree, and respectfully request that the Court order, as follows:

STIPULATION

1. This action was removed to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332.

2. The parties have conferred and agree that, in light of Plaintiff's binding waivers described below, the amount in controversy does not exceed $75,000, exclusive of interest and costs. Accordingly, this Court lacks subject matter jurisdiction over this action.

3. As part of the parties' agreement to remand this case to state court and to proceed there under Nevada's court-annexed arbitration program, Plaintiff has agreed, and hereby confirms, that he waives and will not seek damages for the following categories of future medical treatment previously recommended, and the associated future pain and suffering tied to those treatments:

   ○ Bilateral cervical medial branch blocks at C5–C7 in the amount of $20,825.00; and

   ○ Greater/lesser occipital nerve block in the amount of $2,815.00.

4. Plaintiff's waiver is binding for all purposes in this case after remand.

5. The parties further stipulate and agree that, following remand, this matter will proceed in the Eighth Judicial District Court, Clark County, Nevada, in accordance with Nevada's court-annexed arbitration program, subject to that court's rules and procedures.

6. Because the amount in controversy requirement of 28 U.S.C. § 1332(a) is not satisfied, remand is required under 28 U.S.C. § 1447(c).

7. The parties further stipulate that neither party seeks an award of attorney's fees or costs in connection with the removal or remand of this action.

8. The parties therefore jointly request that the Court enter an order remanding this action to the Eighth Judicial District Court, Clark County, Nevada, Department 13, Case No. A-26-937196-C. Dated this 11th day of February 2026.

| Tingey Injury Law Firm | Law Offices Of Jason C. Foulger |
|---|---|
| /s/ Oliver Tingey | /s/ Hope Conners |
| Oliver C. Tingey, Esq. | Hope Conners, Esq |
| 817 S. Main Street | P.O. Box 7218 |
| Las Vegas, NV 89101 | London, KY 40742 |
| Attorney for Plaintiff | Attorney for Defendant |

2

**ORDER**

IT IS HEREBY ORDERED that the parties' stipulation to remand **[ECF No. 4] is APPROVED**.

IT IS FURTHER ORDERED that, consistent with the parties' stipulation, the plaintiff's waiver of the specified future medical treatment and the associated future pain and suffering is binding in this action following remand, and the matter will proceed in state court under Nevada's court-annexed arbitration program, subject to that court's rules.

IT IS FURTHER ORDERED that each party bear its own attorney's fees and costs incurred in connection with removal and remand.

The Clerk of Court is kindly directed to remand this matter to the Eighth Judicial District Court, Clark County, Nevada, Department 13, Case No. A-26-937196-C, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c), and then close this case.

Dated: February 12, 2026

_____
UNITED STATES DISTRICT JUDGE

3